IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARISSA HALTERMAN,<br><br>Defendant. | **8:26CR103**<br><br>**ORDER** |

**THIS MATTER** is before the court on the motion of Ryan S. Crnkovich to withdraw as counsel for the defendant, Marissa Halterman (Filing No. 34). Glenn A. Shapiro has filed an entry of appearance as retained counsel for Marissa Halterman. Therefore, Ryan S. Crnkovich's motion to withdraw (Filing No. 34) will be granted.

Ryan S. Crnkovich shall forthwith provide Glenn A. Shapiro any discovery materials provided to the defendant by the government and any such other materials obtained by Ryan S. Crnkovich which are material to Marissa Halterman's defense.

The clerk shall provide a copy of this order to Glenn A. Shapiro.

**IT IS SO ORDERED.**

Dated this 17th day of August, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge